Tighe E. WOODS, Housing Expediter, Of-
fice of the Housing Expediter, v. John
SHINN et al.

No. 3775.

United States Court of Appeals
Tenth Circuit.

Feb. 7, 1949.

Ed Dupree, Gen. Counsel, Hugo V. Prucha, Asst. Gen. Counsel, and Isadore A. Honig, Sp. Litigation Atty., Office of Housing Expediter, all of Washington, D. C., and H. C. Happ, Regional Atty., and J. Edwin Fleming, Litigation Atty., Office of Housing Expediter, both of Dallas, Tex., for appellant.

Stephen L. R. McNichols, of Denver, Colo., for appellee.

Before PHILLIPS, Chief Judge, and BRATTON and MURRAH, Circuit Judges.

PER CURIAM.

Appeal dismissed, on motion of appellant.